United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL RESER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00123 |
| | § | |
| JAMIE MAGDALINE MARTIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court are Plaintiff James Michael Reser's motion to proceed *in forma pauperis* on appeal (D.E. 69) and his motion to stay enforcement of judgment (D.E. 70). On July 1, 2026, United States Magistrate Judge Jason B. Libby issued his Memorandum and Recommendation (M&R), recommending that the Court deny both motions. D.E. 6. Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

**STANDARD OF REVIEW**

A district court must review de novo any portion of a magistrate judge's proposed findings and recommendations on dispositive matters to which the parties have filed specific, written objections. Fed. R. Civ. P. 72(b). Objections must point out with sufficient particularity any alleged error in the magistrate judge's analysis; otherwise, they do not constitute proper objections and will not be considered. *Id.* After considering proper objections, the district court may accept, reject, or modify, in whole or in part, those

portions of the proposed findings and recommendations. *Id.* As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

**DISCUSSION**

On July 21, 2026, Plaintiff filed his "Combined Response to Defendant Gamache's Responses," replying to Defendant Gamache's responses to the motions addressed in the M&R. This reply was filed 20 days after the M&R was entered and was thus filed after the deadline to file objections. And it does not point out any error in the M&R. Thus, if construed as an objection, it is untimely and improper. However, the Court will consider the arguments.

The Court finds no error in the Magistrate Judge's recommendation to deny the motion to proceed *in forma pauperis* on appeal. D.E. 69. The Magistrate Judge properly considered Plaintiff's entire financial position, including his debts.

The Court finds no error in the Magistrate Judge's recommendation to deny the Rule 62(b) motion to stay enforcement of judgment. D.E. 70. At the time, a final judgment had not been entered in the case so the motion was premature. D.E. 75, p. 3. A final judgment was entered on July 6, 2026, after the M&R was issued. D.E. 78. Plaintiff can reurge his motion to stay if he so chooses.

## CONCLUSION

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's M&R, as well as Plaintiff's late-filed response and all other relevant documents in the record, and having found no argument in that response constituting an objection, nor any clear error in the M&R, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge (D.E. 75). Accordingly, Plaintiff's motion to proceed *in forma pauperis* (D.E. 69) is **DENIED** and his motion to stay enforcement of the attorney's fees award (D.E. 70) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** on August 6, 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE